UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CASTANARES VIRAY,<br><br>    Plaintiff,<br><br>    v.<br><br>ELMWOOD CORRECTIONAL FACILITY,<br><br>    Defendant. | Case No. 23-cv-05619-HSG<br><br>**ORDER OF DISMISSAL** |

On or about October 31, 2023, Plaintiff filed a complaint with the Court. Dkt. No. 1. The Court opened an action pursuant to this filing and, that same day, sent Plaintiff a notice that the action was deficient because he had not paid the filing fee or filed an application for leave to proceed *in forma pauperis*. Dkt. No. 3. The Court sent Plaintiff a blank *in forma pauperis* application form. *Id*. The deadline has passed, and Plaintiff has not filed an *in forma pauperis* application. Accordingly, this action is DISMISSED for failure to either pay the filing fee or file a complete *in forma pauperis* application. The dismissal is without prejudice to Plaintiff filing a motion to reopen the action. Any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application. The Clerk shall enter judgment in favor of Defendants and against Plaintiff, terminate all pending motions as moot, and close the case.

**IT IS SO ORDERED.**

Dated:  2/1/2024

*[signature]*
HAYWOOD S. GILLIAM, JR.
United States District Judge