UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM CASTANARES VIRAY,<br><br>    Plaintiff,<br><br>v.<br><br>ELMWOOD CORRECTIONAL FACILITY,<br><br>    Defendant. | Case No. 23-cv-05619-HSG<br><br>**JUDGMENT** |

For the reasons set forth in the Order of Dismissal, this action is DISMISSED without prejudice. The Clerk shall enter judgment in favor of Defendant and against Plaintiff, and close the case.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: 2/1/2024

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge