UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM CASTANARES VIRAY,

Plaintiff,

v.

ELMWOOD CORRECTIONAL
FACILITY,

Defendant.

Case No. 23-cv-05619-HSG

**ORDER DENYING REQUEST TO BE REMOVED FROM VEXATIOUS LITIGANT LIST AND TO REOPEN ACTION**

Re: Dkt. No. 11

Plaintiff commenced this action on or about October 31, 2023 by filing a complaint with this Court.  Dkt. No. 1.  On February 1, 2024, the Court dismissed action for failure to either pay the filing fee or file a complete *in forma pauperis* application.  Dkt. Nos. 9, 10.  The dismissal is without prejudice to Plaintiff filing a motion to reopen the action.  Plaintiff was instructed that any motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis* application.  Dkt. No. 9.  Plaintiff has filed a letter with the Court, asking to be removed from the vexatious litigant list and stating that he "would like to file this case," which the Court construes as a request to reopen this action.  Dkt. No. 11.  Plaintiff has neither paid the filing fee nor filed a complete application to proceed *in forma pauperis*.  Accordingly, the Court DENIES the request to reopen this action.  Because this action remains closed, the Court cannot order any relief in this action and DENIES all other requests for relief as moot.

This order terminates Dkt. No. 11.

**IT IS SO ORDERED.**

Dated:  6/20/2024

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California