1

2

3

4                    UNITED STATES DISTRICT COURT

5                  NORTHERN DISTRICT OF CALIFORNIA

6

7     WILLIAM CASTANARES VIRAY,              Case No. 23-cv-05619-HSG

8                      Plaintiff,            **ORDER DENYING RENEWED**
                                             **REQUESTS TO REOPEN ACTION**
9            v.
                                             Re: Dkt. Nos. 13, 14
10    ELMWOOD CORRECTIONAL
      FACILITY,
11
                       Defendant.
12

13          Plaintiff commenced this action on or about October 31, 2023 by filing a complaint with

14    this Court.  Dkt. No. 1.  On February 1, 2024, the Court dismissed action for failure to either pay

15    the filing fee or file a complete *in forma pauperis* application.  Dkt. Nos. 9, 10.  The dismissal was

16    without prejudice to Plaintiff filing a motion to reopen the action.  Plaintiff was instructed that any

17    motion to reopen must be accompanied by either the filing fee or a complete *in forma pauperis*

18    application.  Dkt. No. 9.  On June 20, 2024, the Court denied Plaintiff's request to reopen this

19    action because Plaintiff had not addressed the reason for the closure of the case – the failure to

20    either pay the required filing fee or file a complete *in forma pauperis* application.  Dkt. No. 12.

21    Plaintiff has since filed two mostly identical letters stating that he would like to "follow up" on

22    this case.  Dkt. Nos. 13, 14.  The Court construes these letters are requests to reopen this action.

23    These requests are DENIED because, as explained in the Court's June 20, 2024 Order, Plaintiff

24    has not addressed the reason for the closure of the case – the failure to either pay the required

25    filing fee or file a complete *in forma pauperis* application.  Any future requests to reopen this

26    action that are not accompanied by either the filing fee or a complete *in forma pauperis*

27    application will be summarily denied.

28    //

United States District Court
Northern District of California

1    This order terminates Dkt. Nos. 13, 14.

2    **IT IS SO ORDERED.**

3   Dated:    10/3/2024

4   _____

5   HAYWOOD S. GILLIAM, JR.
    United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California